IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KIMBERLY DOYLE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TPUSA, INC.,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　Case No. 6:22-CV-854<br>§<br>§<br>§<br>§<br>§<br>§ |

## JOINT NOTICE OF SETTLEMENT

　　Plaintiff, Kimberly Doyle ("Plaintiff"), and Defendant, TPUSA, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby notify this Court that the Parties have reached a resolution of this case. The Parties are in the process of finalizing their settlement agreement and anticipate seeking the Court's approval of same within the next twenty (20) days.

　　Dated: March 15, 2023

Respectfully submitted,

| | |
|---|---|
| By:　/s/ Josh Sanford<br>　　　Josh Sanford, Esq.<br>　　　josh@sanfordlawfirm.com<br>　　　Colby Qualls, Esq.<br>　　　colby@sanfordlawfirm.com<br>　　　**SANFORD LAW FIRM, PLLC**<br>　　　Kirkpatrick Plaza<br>　　　10800 Financial Centre Pkwy, Suite 510<br>　　　Little Rock, Arkansas 72211<br>　　　Telephone: (501) 221-0088<br>　　　Facsimile: (888) 787-2020<br><br>　　　Attorneys for Plaintiffs | By:　/s/ Sarah Lis<br>　　　Ryan C. Krone<br>　　　Ryan.krone@akerman.com<br>　　　State Bar No. 24085750<br>　　　**AKERMAN LLP**<br>　　　1300 Post Oak Boulevard, Suite 2500<br>　　　Houston, Texas 77056<br>　　　Telephone: (713) 871-6836<br>　　　Facsimile: (713) 960-1527<br><br>　　　and<br><br>　　　Eric A. Gordon, Esq.<br>　　　eric.gordon@akerman.com |

69263261;1

*Admitted Pro Hac Vice*
Florida Bar No. 071341
**AKERMAN LLP**
777 S. Flagler Drive, Suite 1100 W
West Palm Beach, Florida 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

and

Sarah J. Lis, Esq.
*Admitted Pro Hac Vice*
sarah.lis@akerman.com
Florida Bar No. 70747
**AKERMAN LLP**
201 E. Las Olas Boulevard, Suite 1800
Ft. Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and a true and correct copy of the foregoing documents is being served via CM/ECF on the following:

Colby Qualls, Esq.
colby@sanfordlawfirm.com
Josh Sanford, Esq.
josh@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2020

By: /s/ *Sarah J. Lis*
      Sarah J. Lis

69263261;1