IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**KIMBERLY DOYLE, Individually and on**     **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.     No. 6:22-cv-854-ADA-JCM

**TPUSA, INC.**     **DEFENDANT**

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Parties' Joint Motion for Approval of Settlement ("Motion"). Having reviewed the Parties' Motion, the Court finds the Parties' settlement to be a fair and reasonable compromise on a *bona fide* dispute, and the Court is of the opinion that the Motion should be and is Granted.

Therefore, IT IS ORDERED that the Parties' Confidential Settlement Agreement and General Release is APPROVED.

IT IS FURTHER ORDERED that this case and all claims asserted in this case are DISMISSED WITH PREJUDICE, with each Party to bear its own costs, except as set forth in the Parties' Confidential Settlement Agreement and General Release.

SIGNED on this 6th day of April, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE